UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>    Plaintiff,<br><br>    v.<br><br>HIEN QUYEN CONG, et al.,<br><br>    Defendants. | Case No. 20-cv-02172-KAW<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING**<br><br>Re: Dkt. No. 10 |

On June 9, 2020, Plaintiff Richard Sepulveda filed a motion for default judgment. (Dkt. No. 10.) Having reviewed the motion for default judgment, it appears service as to Defendants other than Defendant Cong is defective. Specifically, Plaintiff asserts that Defendants Truong Duy Nguyen, Hung Thanh Nguyen, Thanh Truong Nguyen, and Anhhang Thi Pham were served by substitute service, as allowed by California Code of Civil Procedure 415.20. (Dkt. No. 6 at 3-10.) Per California Code of Civil Procedure § 415.20(b), substitute service of an individual is permitted "[i]f a copy of the summons and complaint cannot with reasonable diligence be personally delivered to the person to be served . . . ." California courts have found that "ordinarily, two or three attempts at personals service at a proper place should fully satisfy the requirement of reasonable diligence and allow substituted service to be made." *Bein v. Brechtel-Jochim Grp., Inc.*, 6 Cal. App. 4th 1387, 1391-92 (1992) (internal quotation and modification omitted). Here, however, there is no evidence that any prior attempts at personal service were made.

Accordingly, the Court requires supplemental briefing. First, does Plaintiff have evidence that prior attempts at personal service were made?

Second, if Plaintiff does not have such evidence, can the Court find that service on

Defendants other than Defendant Cong was adequate?

    Third, if the Court was to find that service on Defendants other than Defendant Cong was not adequate, would Plaintiff prefer to proceed with the motion for default judgment or withdraw the motion and properly serve the remaining Defendants?

    Plaintiff shall file his supplemental brief by **July 30, 2020**.

    IT IS SO ORDERED.

Dated: July 20, 2020

                                                   */s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge