UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SEPULVEDA,<br><br>Plaintiff,<br><br>v.<br><br>HIEN QUYEN CONG, et al.,<br><br>Defendants. | Case No. 20-cv-02172-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 25 |

On November 6, 2020, Magistrate Judge Kandis A. Westmore issued a Report and Recommendation, recommending the court grant in part and deny in part plaintiff Richard Sepulveda's motion for default judgment against defendants Hien Quyen Cong, Truong Duy Nguyen, Hung Thanh Nguyen, Thanh Truong Nguyen, and Anhhang Thi Pham.  Dkt. No. 25.  Objections were due on or before November 30, 2020.  As of today's date, no objection or other response has been filed by any party.

Having reviewed the record in this case, I agree with Magistrate Judge Westmore's Report and Recommendation and adopt it with correction of a typographical error.[1]  It is HEREBY ORDERED that default judgment is entered against defendants in the amount of $15,516 ($12,000 in statutory damages, $2,835 in attorney's fees, and $681 in costs) and an injunction is issued requiring defendants to provide an accessible parking space.  Sepulveda shall serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated: December 7, 2020

WILLIAM H. ORRICK
United States District Judge

---

[1] The $15,726 figure in Magistrate Judge Westmore's report is a typographical error.  $12,000 in statutory damages, $2,835 in attorney's fees, and $681 in costs adds up to a total of $15,516.